Jeddiah M. Boyce, Plaintiff-Appellant, v. Oscar
G. Busboom, Defendant-Appellee.

Gen. No. 10,281.

Third District.

May 18, 1960.

Allen and Korkowski (Philip C. Zimmerly, of counsel) for appellant; C. E. Tate, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full.